*This case was not selected for publication in the Federal Reporter*

*NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

Judith C. NICHOLS, (now known as Judith C. Calhoun), Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 2006–3404.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2006.

ORDER

Order Vacated, See 2006 WL 3922724.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

*This case was not selected for publication in the Federal Reporter*

*NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

Carolyn A. COLEMAN, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 06–3114.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2006.

ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

*This case was not selected for publication in the Federal Reporter*

*Note: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

In re Michael L. FRIEDMAN, Husnu M. Kalkanoglu, Joong Youn Kim and Thomas Kevin MacKinnon.

No. 2006–1643.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2006.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).